| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____  Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **IPIC Theaters, LLC** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **84-3573742** | |
| 4. | Debtor's address | **Principal place of business**  **433 Plaza Real**  **Suite 355**  **Boca Raton, FL 33432**  Number, Street, City, State & ZIP Code  **Palm Beach**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://www.ipic.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor    **IPIC Theaters, LLC**                                              Case number (*if known*)
         Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5121__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **IPIC Theaters, LLC** _____ Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **IPIC Theaters, LLC**
Name

Case number (*if known*)

☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **IPIC Theaters, LLC**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 25, 2026**
　　　　　　　　MM / DD / YYYY

X _[signature]_　　　　　　　　　　　　　　　　**Patrick Quinn**
Signature of authorized representative of debtor　　Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

X  **/s/ Christopher R. Thompson**　　　　　　　　Date  **February 25, 2026**
Signature of attorney for debtor　　　　　　　　　　　　MM / DD / YYYY

**Christopher R. Thompson**
Printed name

**Burr & Forman LLP**
Firm name

**200 S. Orange Ave.**
**Suite 800**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **407-540-6600**　　Email address  **crthompson@burr.com**

**93102 FL**
Bar number and State

# UNANIMOUS WRITTEN CONSENT OF
# THE MEMBERS OF
# iPic THEATERS, LLC

February 24, 2026

The undersigned, being all of the Members of iPic Theaters, LLC, a Delaware limited liability company (the "**Company**"), acting by written consent without a meeting, do hereby consent to the adoption of the following resolutions and direct that this consent be filed with the minutes of the proceedings of the Company:

**WHEREAS**, the Company has determined it is necessary to seek bankruptcy protection (the "**Bankruptcy**") under Title 11 of the United States Code, as amended (the "**Bankruptcy Code**").

**WHEREAS**, in order to effect the Bankruptcy, certain actions must be taken by the Company in conjunction with the Bankruptcy.

**NOW THEREFORE LET IT BE RESOLVED**, that Burr & Forman, LLP ("**Burr Forman**") shall be retained by the Company to serve as legal counsel of the Company in the Bankruptcy and to perform such other legal matters as described in the engagement letter by and between the Company and Burr Forman;

**RESOLVED FURTHER**, that the Company authorizes the filing of the Bankruptcy under and pursuant to the provisions of the Bankruptcy Code; and

**RESOLVED FURTHER**, that in addition to the foregoing, the Company authorizes and empowers the current officers of the Company (individually or collectively, an "**Authorized Officer**") to do and perform or cause to be done and performed all such acts, deeds and things, and to make, execute and deliver, or cause to be made, executed and delivered, all such agreements, undertakings, documents, instruments or certificates in the name of the Company and to retain such counsel, agents and advisors and to incur and pay such expenses, fees and taxes as shall, in the opinion of the officers of the Company executing the same, be deemed necessary or advisable (such necessity or advisability to be conclusively evidenced by the execution thereof) to effectuate or carry out fully the Bankruptcy and the purpose and interest of all of the foregoing resolutions; and that any and all such actions heretofore or hereafter taken by an Authorized Officer relating to and within the terms of these resolutions be, and they hereby are, adopted, affirmed, approved and ratified in all respects as the act and deed of the Company; and

This Unanimous Written Consent may be signed in two or more counterparts, each of which shall be deemed an original, and all of which shall be deemed one instrument. Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Operating Agreement.

65756956 v1

IN WITNESS WHEREOF, the undersigned members have duly executed this Unanimous Written Consent as of the date first written above.

**MEMBERS:**

Teachers' Retirement System of Alabama

By: _____
　　David Bronner
　　Its:  Secretary – Treasurer


Employees' Retirement System of Alabama

By: _____
　　David Bronner
　　Its:  Secretary – Treasurer

```
ADP, Inc.
PO Box 842875
Boston, MA 02284-2875


Alsco, Inc.
449 Vista Ridge Drive
Kyle, TX 78640


DirectTV
PO Box 105249
Atlanta, GA 30348-5249


Engie Resources LLC
PO Box 841680
Dallas, TX 75284-1680


Florida Dept of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32309-0120


Halpern's Steak & Seafood Co.
PO Box 84943
Chicago, IL 60689-4843


High Rise Fire and Security
762 Burr Oak Drive
Westmont, IL 60559


HVAC Mechanical Svcs. of Texas Ltd.
d/b/a Hunton Services
PO Box 650998
Dept HOU1121
Dallas, TX 75265-0998


Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346


Jason A. Reding Quinones
US Attorney, S.D. of Florida
99 NE 4th Street
Miami, FL 33132
```

JKR LLC
PO Box 957
Renton, WA 98057


Nature's Produce
3305 Bandini Blvd.
Vernon, CA 90058


Pinnacle Commercial Services LLC
1621 Carandis Rd
West Palm Beach, FL 33404-5292


Premier Meat Company
PO Box 58183
Vernon, CA 90058


Q Plus Food LLC
3632 NW 16th Street
Fort Lauderdale, FL 33311


Riviera Produce Corp.
205 Jackson Street
Englewood, NJ 07631


Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673-3050


SoCalGas
PO Box C
Monterey Park, CA 91756-5111


TECO
PO Box 31318
Tampa, FL 33631-3318


Texas Comptroller of Public Accounts
Austin Audit Division; Southcliff Bldg.
2015 S Interestate 35; Ste 202
Austin, TX 78741-3811

```
US Foods, Inc.
9399 West Higgins Road
Suite 500
Rosemont, IL 60018


Washington State, Dept of Revenue
PO Box 34052
Seattle, WA 98124-1052


Willis Mechanical, Inc.
1850 Beaver Ridge Cir. #E
Norcross, GA 30071
```

**United States Bankruptcy Court**
**Southern District of Florida**

In re   **IPIC Theaters, LLC**                                              Case No.
                                    Debtor(s)                              Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 25, 2026**                    _/s/ Patrick Quinn_
                                                **Patrick Quinn**/**Chief Executive Officer**
                                                Signer/Title