| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | IPIC Theaters, LLC | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP, Inc.<br>PO Box 842875<br>Boston, MA 02284-2875 | | Services | | | | $27,354.03 |
| Alsco, Inc.<br>449 Vista Ridge Drive<br>Kyle, TX 78640 | | Trade debt | | | | $643.39 |
| DirectTV<br>PO Box 105249<br>Atlanta, GA 30348-5249 | | Services | | | | $6,488.82 |
| Engie Resources LLC<br>PO Box 841680<br>Dallas, TX 75284-1680 | | Services | | | | $7,892.13 |
| Halpern's Steak & Seafood Co.<br>PO Box 84943<br>Chicago, IL 60689-4843 | | Trade debt | | | | $1,912.29 |
| High Rise Fire and Security<br>762 Burr Oak Drive<br>Westmont, IL 60559 | | Services | | | | $5,446.25 |
| HVAC Mechanical Svcs. of Texas Ltd. d/b/a Hunton Services<br>PO Box 650998<br>Dept HOU1121<br>Dallas, TX 75265-0998 | | Services | | | | $41,285.61 |
| JKR LLC<br>PO Box 957<br>Renton, WA 98057 | | Services | | | | $2,245.79 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor  **IPIC Theaters, LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nature's Produce** 3305 Bandini Blvd. Vernon, CA 90058 | | Trade debt | | | | $4,446.22 |
| **Pinnacle Commercial Services LLC** 1621 Carandis Rd West Palm Beach, FL 33404-5292 | | Services | | | | $1,593.75 |
| **Premier Meat Company** PO Box 58183 Vernon, CA 90058 | | Trade debt | | | | $1,515.17 |
| **Q Plus Food LLC** 3632 NW 16th Street Fort Lauderdale, FL 33311 | | Trade debt | | | | $1,000.45 |
| **Riviera Produce Corp.** 205 Jackson Street Englewood, NJ 07631 | | Trade debt | | | | $1,313.18 |
| **Schindler Elevator Corporation** PO Box 93050 Chicago, IL 60673-3050 | | Services | | | | $14,450.11 |
| **SoCalGas** PO Box C Monterey Park, CA 91756-5111 | | Utility | | | | $1,200.60 |
| **TECO** PO Box 31318 Tampa, FL 33631-3318 | | Utility | | | | $1,023.71 |
| **Texas Comptroller of Public Accounts** Austin Audit Division; Southcliff Bldg. 2015 S Interestate 35; Ste 202 Austin, TX 78741-3811 | | Taxes | | | | $1,367.00 |
| **US Foods, Inc.** 9399 West Higgins Road Suite 500 Rosemont, IL 60018 | | Trade debt | | | | $246,894.04 |

Debtor **IPIC Theaters, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Washington State, Dept of Revenue PO Box 34052 Seattle, WA 98124-1052** | | **Taxes** | | | | **$34,600.07** |
| **Willis Mechanical, Inc. 1850 Beaver Ridge Cir. #E Norcross, GA 30071** | | **Services** | | | | **$1,373.00** |

**Fill in this information to identify the case:**

Debtor name: **IPIC Theaters, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 25, 2026**       X  /s/ Patrick Quinn
                                         Signature of individual signing on behalf of debtor

                                         **Patrick Quinn**
                                         Printed name

                                         **Chief Executive Officer**
                                         Position or relationship to debtor