UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                            Case No: 26-12313
                                                                  Chapter 11, Subchapter V
IPIC THEATERS, LLC,

    Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

COMES NOW IPIC Theaters, LLC (the "Debtor" or "IPIC"), by and through its proposed undersigned counsel and in compliance with Local Rule 2081-1(B), and files this *Chapter 11 Case Management Summary* and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. **Petition Date.** On February 25, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11, subchapter V of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Subchapter V Case").

2. **Related Debtors.** Names, case numbers, and dates of filing of related debtors: N/A

3. **Description of Debtor's Business.** The Debtor is in the movie theater business. The Debtor operates thirteen movie theaters in eight different states, including Florida (with three theaters in South Florida), Georgia, Maryland, Texas, New York, New Jersey, California, and Washington.

The Debtor's core business is within a niche segment of the movie theater industry focused on premium dine-in cinema experiences. IPIC's core business model is designed to provide guests with an integrated, all-inclusive entertainment experience in a single location, combining film

1

exhibition with upscale dining and hospitality offerings. IPIC's offering allows guests to order high-quality food and signature beverages through seat-side service during films, and some locations also feature separately branded full-service restaurants and bars. Furthermore, IPIC's theaters feature auditoriums equipped with modern digital projection technology and luxury reclining seating. Most of IPIC's theater locations are situated in mixed-use retail, entertainment, and lifestyle developments, with one location in a standalone building. Additional information concerning the Debtor's services and operations can be found at: https://www.ipic.com/.

4. **Location of Debtor's Operations and Leases.** IPIC is headquartered in Boca Raton, Florida. Its offices are located at 433 Plaza Real, Suite 355, Boca Raton, FL 33432-3932, which IPIC leases. Each of the thirteen movie theater premises are leased.

5. **Reasons for Filing Chapter 11.** The Debtor's business has been adversely affected by the long-term effects of the COVID-19 pandemic. Attendance at movie theaters has remained significantly below pre-pandemic levels due to the lasting changes in consumer behavior. In particular, the rapid expansion and widespread availability of streaming platforms has fundamentally altered the movie theater industry, as many consumers now choose to watch films at home rather than attend theatrical showings. These industry shifts have directly reduced box office revenues and related ancillary revenues, including food and beverage sales. The Debtor's financial condition has been further strained by its contractual obligations to remit a specified percentage of weekly box office revenues to film studios pursuant to master licensing agreements and additional film-specific distribution terms. Rising labor costs and rents further exacerbated the financial challenges.

Through the Subchapter V Case, the Debtor intends to conduct an orderly liquidation of its assets and business operations in order to maximize the value for the benefit of its creditors. In

connection therewith, the Debtor will evaluate the performance and disposition of its theater locations, including whether certain locations may be sold, assigned, or otherwise monetized, and will seek to negotiate consensual resolutions with landlords, film studios, and other stakeholders where appropriate. The Debtor believes that liquidation through the subchapter V process will provide the most efficient and value-maximizing path forward, while preserving the going-concern value where possible and ensuring an orderly wind-down of its affairs.

6. **List of Officers and Directors and Their Salaries and Benefits.** Patrick Quinn ("Mr. Quinn") is the Chief Executive Officer of IPIC. Mr. Quinn's annual salary for 2026 is $410,000.00, paid bi-weekly. Mr. Quinn receives health and welfare benefits, including, medical, vision, dental, life insurance, disability, and workers' compensation coverage. In addition, Mr. Quinn receives unlimited paid time off, reimbursement for reasonable travel and business expenses when a company credit card is not used, and a fifty percent (50%) employee discount on dining, food, and beverage purchases.

7. **Debtor's Annual Gross Income.** The Debtor's approximate consolidated gross income for fiscal year 2025 and 2026 year to date (through February 20, 2026) are set forth below.

| Revenue Source | Approximate Gross Income for Debtor | |
| --- | --- | --- |
| | **2026 YTD (through February 20, 2026)** | **FY 2025** |
| Box Office Sales | $5,000,000 | $40,800,000 |
| Food and Beverage Sales | $7,800,000 | $63,300,000 |
| Advertising and Other Sales | $100,000 | $8,400,000 |
| **TOTAL** | **$12,900,000** | **$112,500,000** |

8. **Amounts Owed to Various Creditors.**

    a. **Obligations owed to priority creditors, such as governmental creditors for taxes.**

As of the Petition date, the Debtor estimates that it owes approximately $141,544.60 in taxes. Specifically, the Debtor estimates that, as of the Petition Date, it has accrued approximately $121,373.17 in total sales and use taxes owed to various taxing authorities, including the New Jersey Division of Taxation ($93,638.86), Miami-Dade County Department of Regulatory & Economic Resources Business Division ($1,718.73), California Department of Taxation and Finance Administration ($1,002.45), and Department of Revenue of Washington State ($25,013.13). Additionally, the Debtor estimates that, as of the Petition Date, it has accrued approximately $20,171.43 in New York commercial rent taxes that are owed to the City of New York, Department of Finance.

    b. **With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtor securing their claims.**

The Debtor entered into two (2) Premium Finance Agreements with AFCO Direct, a division of AFCO Credit/Acceptance Corporation ("AFCO") relating to certain Insurance Policies (as defined below), pursuant to which Debtor granted AFCO a security interest in, among other things, any and all unearned or return premiums and dividends that may become due under the Financed Policies, as more particularly described in the Premium Finance Agreements. The approximate value of such collateral is unknown and may fluctuate based on the status and duration of the Insurance Policies.

At this time, the Debtor is not aware of any other secured claims, other than potential statutory liens not yet filed.

        c.    **Amount of Unsecured Claims.**

As of the Petition Date, the Debtor estimates that its collective outstanding non-insider, non-contingent unsecured obligations total approximately $2,712,492.41.

9.    **General Description and Approximate Book Value of the Debtor's Assets (as of December 2025).[1]**

| General Description | Approximate Book Value (as of December 2025) |
|---|---|
| Cash and bank accounts; food and beverages in inventory; accounts receivable from third parties; prepaid expenses | $9,386,214 |
| Leaseholds; theater equipment; furniture; intangibles; and other assets | $145,871,443 |
| **TOTAL** | **$155,257,657** |

10.    **List of All Insurance Policies, the Property Covered Under the Policy, the Name of the Insurer, the Policy Number, Amount of Coverage, Whether the Premium Is Current, the Date the Next Premium Is Due and Date the Policy Expires.**

In the ordinary course of business, the Debtor maintains approximately thirteen (13) insurance policies (collectively, the "Insurance Policies," and each individually an "Insurance Policy"). A list of the Debtor's active Insurance Policies is attached hereto as **Schedule A**. As of the Petition Date, the Debtor is current with respect to its obligations relating to the Insurance Policies.

11.    **Number of Employees and Amounts of Wages Owed as of Petition Date.** The Debtor has approximately 1,300 full- and part-time employees (collectively, the "Staff") as of the Petition Date. There are approximately $2,161,410.00 of wages owed as of the Petition Date that

---

[1] These figures reflect the approximate book value of the Debtor's assets as of December 2025. The replacement value, sale value, and liquidation value of such assets are lower than the Debtor's approximate book value.

are due to be processed and paid in the ordinary course of business on February 27, 2026. The Staff include, among others: (i) executive- and manager-level personnel working in accounting, finance, operations, human resources, and information technology; (ii) site-level management; (iii) event sales; (iv) front of house (e.g., waiters, bartenders); (v) back of house (e.g., chefs, theater technicians, maintenance staff).

12. **Status of Debtor's Payroll and Sales Tax Obligations.**

As of the Petition Date, the Debtor is current on its pre-petition payroll and sales tax obligations.

13. **Anticipated Emergency or Expedited Relief to be Requested within 14 days of Petition Date.**

(1) Motion of Debtor for Entry of an Order (I) Approving Continued Use of Cash Management System; (II) Authorizing Debtor to Open and Close Bank Accounts; (III) Authorizing Banks to Honor Certain Transfers; and (IV) Granting Related Relief;

(2) Motion of Debtor for Entry of Interim and Final Orders (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections and Requests for Additional Assurance From Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief;

(3) Motion for Entry of an Order (I) Authorizing the Debtor to Honor and Continue Certain Customer Programs and Customer Obligations, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief;

(4) Motion of Debtor for Entry of an Order (I) Authorizing Debtor to Pay Certain Prepetition Wages, Salaries, and Other Compensation, (II) Authorizing Continuation of Employee Benefit Programs, (III) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (IV) Granting Related Relief;

(5) Motion of Debtor for Entry of an Order (A) Authorizing, But Not Directing, Debtor to Pay Certain Prepetition Obligations to Critical Vendors; and (B) Granting Certain Related Relief;

(6) Motion of Debtor for Entry of an Order Authorizing the Debtor to (I) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto; and (II) Honor the Terms of Premium Finance Agreements and Pay Premiums Thereunder;

(7) Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees; and (II) Granting Related Relief; and

(8) Applications to Retain Professionals.

Respectfully submitted this 25th day of February, 2026.

**IPIC THEATERS, LLC**

/s/ *[signature]*
Patrick Quinn
Chief Executive Officer

**BURR & FORMAN LLP**

*/s/ Christopher R. Thompson*
**Christopher R. Thompson**
Florida Bar No. 0093102
Primary Email: crthompson@burr.com
Secondary Email: mlucca-cruz@burr.com;
kkearney@burr.com
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile:  (407) 540-6601

-and-

**Derek Meek** (*pro hac vice* application pending)
Alabama Bar No. ASB-7723-M74D
Primary Email: dmeek@burr.com
**Marc Solomon** (*pro hac vice* application pending)
Alabama Bar No. ASB-7382-M56S
Primary Email: msolomon@burr.com
Secondary Emails: mgunnells@burr.com;
ksickles@burr.com
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

*Proposed Counsel for Debtor, IPIC Theaters, LLC*

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on February 25, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will provide Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case. I further certify that the foregoing document will be served as follows: (a) the Office of the United States Trustee (via email); (b) the parties included on the Debtor's list of its 20 largest unsecured creditors (via overnight mail or first class mail if necessary); (c) the United States Attorney for the Southern District of Florida (via email); (d) the Subchapter V Trustee (via email); (e) all parties that have requested notice pursuant to Bankruptcy Rule 2002 (via overnight mail or first class mail if necessary); and (f) by email to all interested parties for whom an email address is reasonably ascertainable and, for all other parties, by telecopier or other means reasonably calculated to ensure prompt receipt.

                  */s/ Christopher R. Thompson*
                  Christopher R. Thompson, Esq.

## SCHEDULE A

### Insurance Policies

| No. | Policy | Policy Details | Coverage Type, Amount, & Premium Details |
|---|---|---|---|
| 1. | Hartford Fire Insurance Company | No.: 21UFJAZ5H1A<br>Effective: 10/01/2025<br>Expiration: 10/01/2026 | Type: Property<br><br>Total Insured Value: $273,084,584<br><br>Annual Premium: $1,160,782.00<br><br>Next payment due date: 03/01/2026 |
| 2. | Sutton Specialty Insurance Company; Palms Specialty Insurance Company Inc.; Lloyds of London | No.: ST25-25-XSP-1069<br>Effective: 10/01/2025<br>Expiration: 10/01/2026 | Type: Excess Flood – $5M XS $5M<br><br>Total Insured Value: $77,831,292<br><br>Total Annual Premium: $100,000.00<br><br>Next payment due date: 03/01/2026 |
| 3. | StarStone Specialty Insurance Company | No.: CSP00169816P-01<br>Effective: 10/01/2025<br>Expiration: 10/01/2026 | Type: Excess Flood – $2M P/O $4M XS $1M (50%)<br><br>Total Insured Value: $77,831,292<br><br>Annual Premium: $87,500.00<br><br>Next payment due date: 03/01/2026 |
| 4. | AXIS Surplus Insurance Company | No.: P-001-001246882-01<br>Effective: 10/01/2025<br>Expiration: 10/01/2026 | Type: Excess Flood – $2M P/O $4M XS $1M (50%)<br><br>Total Insured Value: $77,831,292<br><br>Annual Premium: $82,500.00<br><br>Next payment due date: 03/01/2026 |
| 5. | Palomar Excess and Surplus Insurance Company | No.: PE707548<br>Effective: 10/01/2025<br>Expiration: 10/01/2026 | Type: Excess Earthquake – $15M XS $5M (66.66%)<br><br>Total Insured Value: $56,694,480<br><br>Annual Premium: $26,668.00 |

| | | | |
|---|---|---|---|
| | | | Next payment due date: 03/01/2026 |
| 6. | Everest Indemnity Insurance Company | No.: 8400012769-251<br>Effective: 10/01/2025<br>Expiration: 10/01/2026 | Type: Excess Earthquake – $15M XS $5M (33.33%)<br><br>Total Insured Value: $56,694,480<br><br>Annual Premium: $13,332.00<br><br>Next payment due date: 03/01/2026 |
| 7. | AIG Specialty Insurance Company | No.: D3884B240101<br>Effective: 11/13/2025<br>Expiration: 11/13/2026 | Type: Cyber Security Liability<br><br>Coverage Amounts: Security & Privacy – $3M; Event Management – $3M; Network Interruption – $3M; Cyber Extortion – $3M; Media Content – $3M<br><br>Annual Premium: $27,949.00<br><br>Next payment due date: 03/01/2026 |
| 8. | Midvale Indemnity Company | No.: BCP-025996-02<br>Effective: 11/13/2025<br>Expiration: 11/13/2026 | Type: Executive Risk Package (D&O, EPL, FIDU)<br><br>Coverage Amounts: D&O – $5M; EPL – $3M; FIDU – $3M<br><br>Annual Premium: $151,955.00<br><br>Next payment due date: 03/01/2026 |
| 9. | Hanover Insurance Company | No.: BDA-H105853-04<br>Effective: 11/13/2025<br>Expiration: 11/13/2028 | Type: Crime<br><br>Coverage Amounts: Fidelity - $1M; Forgery or Alteration - $1M; Premises Coverage - $1M; Transit Coverage - $1M; Computer Fraud - $1M; Funds Transfer Fraud - $1M; False Pretenses Fraud - $1K; Credit, Debit or Charge Card Fraud - $1M; Money Orders and Counterfeit Money - $1M; Personal Accounts Protection - $25K; Investigative Expenses - $1K; Data Restoration Expenses - $100K<br><br>Annual Premium: $16,646.00<br><br>Next payment due date: 03/01/2026 |
| 10. | Travelers Property Casualty | No.: UB-3P709303-25-43-G<br>Effective: 11/15/2025 | Type: Workers Compensation |

|  | Company of America | Expiration: 11/15/2026 | Coverage Amounts: Bodily Injury by Accident – $1M Each Accident; Bodily Injury by Disease – $1M Policy Limit; Bodily Injury by Disease – $1M Each Employee<br><br>Annual Premium, TRIA, & Surcharges (including taxes & fees): $761,590.00<br><br>Next payment due date: 03/01/2026 |
|---|---|---|---|
| 11. | Travelers Property Casualty Company of America | No.: CUP-5P413886-25-43<br>Effective: 11/15/2025<br>Expiration: 11/15/2026 | Type: Commercial Umbrella<br><br>Coverage Amount: $10M<br><br>Annual Premium, TRIA, & Surcharges (including taxes & fees): $297,911.60<br><br>Next payment due date: 03/01/2026 |
| 12. | The Charter Oak Fire Insurance Company | No.: P-660-3P660797-COF-25<br>Effective: 11/15/2025<br>Expiration:11/15/2026 | Type: General & Liquor Liability<br><br>Coverage Amount: $10M<br><br>Annual Premium, TRIA, & Surcharges (including taxes & fees): $659,928.00<br><br>Next payment due date: 03/01/2026 |
| 13. | Phoenix Insurance Company | No.: BA-3P664680-25-43-G<br>Effective: 11/15/2025<br>Expiration: 11/15/2026 | Type: Business Automobile<br><br>Coverage Amount: $1M any one accident<br><br>Annual Premium, TRIA, & Surcharges (including taxes & fees): $2,807.00<br><br>Next payment due date: 03/01/2026 |