## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| IPIC THEATERS, LLC, ) | |
| ) | Case No.: 26-12313 |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

    PLEASE TAKE NOTICE that Catherine M. Martin, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, L.P., as landlord (Creditor) and party in interest in the above case.  The undersigned hereby enters her appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a).  All such notices should be addressed as follows:

Simon Property Group, L.P.
Attn: Catherine M. Martin, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

    PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

                  Respectfully submitted

                    */s/ Catherine M. Martin*
                    Catherine M. Martin, Esq., Attorney for
                    Simon Property Group, L.P. and its related entities
                    Admitted *pro hac vice*
                    TN Bar No. 019472
                    PH: (317) 685-7263
                    E-mail address: cmartin@simon.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing was served on February 26, 2026  via ECF Noticing to the persons of record.

              By:  _/s/Catherine M. Martin_____
                  Catherine M. Martin, Esq.