UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

www.flsb.uscourts.gov

In re:

IPIC THEATERS, LLC,[1]    Chapter 11 (Subchapter V)

Case No. 26-12313-EPK

    Debtor.
_____/

### *EX PARTE* MOTION TO APPEAR *PRO HAC VICE*

Motion and Affidavit of Local Counsel

    I, Connie Y. Choe ("Movant"), member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Jennifer D. Raviele ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the States of New York, Illinois, and Michigan, in the United States District Courts for the Southern and Eastern Districts of New York, the Northern District Court of Illinois, and the Eastern District of Michigan and qualified to practice in these courts, who proposes to act as counsel for BPP East Union LLC, Crocker Downtown Development Associates and Crocker Mizner Park IV, Ltd. (each a "Client", collectively the "Clients") in the adversary proceedings herein in which the Visiting Attorney appears on behalf of such Clients.

    I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Clients, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above (the "Case") and any adversary proceedings in which the Visiting Attorney appears on behalf of such Clients.

    I am a member in good standing of the bar of the States of New York, New Jersey, and Florida and in the United States District Court for the Middle and Southern Districts of Florida and qualified to practice in these courts, and agree to act as local counsel for the above-referenced Clients in this Case and in any adversary proceedings in this Case in which the Visiting Attorney appears on behalf of the Clients. I understand that I am required to participate

---

[1]     The Debtor in this case last four digits of federal identification number is 3742. The address for the Debtor is 433 Plaza Real Suite 355 Boca Raton, FL 33432.

4920-9346-6710v.3

in the preparation and the presentation of this Case and any such adversary proceedings and to accept service of all papers served in this Case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in this Case on behalf of the Clients and in any adversary proceedings in this Case in which the Visiting Attorney appears on behalf of such Clients. I understand that if I decline to serve as local counsel in any such proceedings, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same, I will continue to act as local counsel for the Clients in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

**WHEREFORE**, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this Case and in any adversary proceedings in this Case on behalf of the Clients and indicating Movant as local counsel for the Clients, and for such other and further relief as may be just.

Dated: March 4, 2026

                                                  Connie Y. Choe
                                                  **KELLEY DRYE & WARREN LLP**
                                                  3 World Trade Center
                                                  175 Greenwich Street
                                                  New York, NY 10007
                                                  Tel: (212) 808-7800
                                                  Fax: (212) 808-7897
                                                  Email:  cchoe@kelleydrye.com
                                                  Florida Bar No. 1032162
                                                  By: /s/ *Connie Y. Choe*

## Affidavit of Proposed Visiting Attorney

I, Jennifer D. Raviele, am a member in good standing of the bar of the States of New York, Illinois, and Michigan. I am a member in good standing of the bar of the United States District Courts for the Southern and Eastern Districts of New York, the Northern District of Illinois, and the Eastern District of Michigan, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of Law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear pro hac vice in this Case and in any adversary proceedings in this Case on behalf of BPP East Union LLC, Crocker Downtown Development Associates and Crocker Mizner Park IV, Ltd. (each a "Client", collectively the "Clients"). I designate Connie Y. Choe ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Clients. I understand that Local Counsel is required to participate in the preparation and presentation of this Case and any adversary proceedings in which I appear on behalf of such Clients, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear Pro Hac Vice on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: March 4, 2026

>Jennifer D. Raviele
>**KELLEY DRYE & WARREN LLP**
>3 World Trade Center
>175 Greenwich Street
>New York, NY 10007
>Tel: (212) 808-7800
>Fax: (212) 808-7897
>Email: jraviele@kelleydrye.com
>New York Bar No. 4737250
>By: */s/ Jennifer D. Raviele*

4920-9346-6710v.3