UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   26-12313 |
| IPIC THEATERS, LLC | § | |
| DEBTOR(S), | § | CHAPTER   11 |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**TOWN OF FAIRVIEW**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on  12th  day of   March  ,2026, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | |
|---|---|
| KYLIE ANN RIORDAN | US TRUSTEE |
| 200 S. ORANGE AVE - STE. 800 | OFFICE OF THE U.S. TRUSTEE |
| ORLANDO, FL 32801 | 51 S.W. 1ST AVE; STE. 1204 |
| | MIAMI, FL 33130 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
3500 Maple Avenue
Suite 800
DALLAS, TX 75219
Telephone:   (214) 880-0089
Facsimile:    (469) 221-5003
Email:           dallas.bankruptcy@lgbs.com


By: /s/ John K. Turner
         John Kendrick Turner
         SBN: 00788563 TX