UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No: 26-12313-EPK
                                                                          Chapter 11, Subchapter V

IPIC THEATERS, LLC,

          Debtor.

_____/

## DEBTOR'S STATUS CONFERENCE REPORT

Debtor-in-possession, IPIC Theaters, LLC (the "Debtor") in the above-captioned chapter 11, subchapter V case (the "Subchapter V Case"), by and through its undersigned counsel, files this Status Conference Report pursuant to 11 U.S.C. § 1188(c), and states as follows:

### Background

1.      On February 25, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under subchapter V of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code").

2.      The Debtor is operating its business and managing its assets and operations as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      For a detailed description of the Debtor's business and the reasons for commencing the Subchapter V Case, the Debtor respectfully refers the Court and the parties in interest to the *Declaration of Joseph Luzinski in Support of First Day Relief* (ECF No. 18) and the *Chapter 11 Case Management Summary* (ECF No. 15).

4.      On February 26, 2026, the Office of the United States Trustee filed its *Notice of Appointment of Subchapter V Trustee* (ECF No. 23), appointing Carol Fox as Subchapter V Trustee.

66719651 v1

5. On March 9, 2026, the Initial Debtor Interview was held.

6. On March 11, 2026, the Debtor filed its *Amended Application of Debtor for Order Authorizing the Retention and Employment of Burr & Forman LLP as Counsel to the Debtor* (ECF No. 61) (the "Application"), which the Court approved on a final basis at the hearing held on March 25, 2026 at 1:30 p.m.  An order approving the Application on a final basis is forthcoming.

7. On March 26, 2026, the 341 Meeting of Creditors was held and concluded (*see* ECF No. 87).

8. Pursuant to the Court's *Order Setting Subchapter V Status Conference, Claims Bar Date, and Deadline for Elections Under 11 U.S.C. § 111(b)* (ECF No. 26) (the "Order Setting Status Conference"), a status conference has been scheduled in this proceeding for April 15, 2026 at 1:30 p.m.

### Status Conference Report

9. In accordance with the Order Setting Status Conference and 11 U.S.C. § 1188(c), the Debtor is required to file and serve a report detailing "the efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization."

10. The Debtor has initiated and is engaged in a process to market and sell all of its locations pursuant to 11 U.S.C. § 363(f), with the objective of maximizing value through an orderly liquidation. In connection therewith, the Debtor has met with potential purchasers and is evaluating such parties' ability to serve as a stalking horse bidder.

11. The Debtor is actively working with its professionals to implement an orderly sale and liquidation process, including analyzing its assets and liabilities, coordinating marketing and sale efforts, and preparing for the efficient liquidation and distribution of proceeds to creditors.

12.     The Debtor intends to file a motion to establish bidding procedures in the coming days to govern the sale process and maximize the value of the Debtor's assets.

13.     Following consummation of a sale, the Debtor intends to file a plan of liquidation. The Debtor anticipates that such plan will provide for the distribution of sale proceeds in accordance with the priorities set forth in the Bankruptcy Code.

14.     The Debtor will work with the Subchapter V Trustee, United States Trustee, and its creditors to negotiate and advance a confirmable and, if possible, consensual plan of liquidation and to ensure an efficient wind-down of the estate.

Respectfully submitted this 1st day of April, 2026.

**BURR & FORMAN LLP**

*/s/ Christopher R. Thompson*
**Christopher R. Thompson**
Florida Bar No. 0093102
Primary Email: crthompson@burr.com
Secondary Email: mlucca-cruz@burr.com;
kkearney@burr.com
**Kylie A. Riordan**
Florida Bar No. 1058286
Primary Email: kriordan@burr.com
Secondary Email: echaves@burr.com
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile:  (407) 540-6601

-and-

**Derek Meek** (*admitted pro hac vice*)
Alabama Bar No. ASB-7723-M74D
Primary Email: dmeek@burr.com
**Marc Solomon** (*admitted pro hac vice*)
Alabama Bar No. ASB-7382-M56S
Primary Email: msolomon@burr.com
Secondary Emails: mgunnells@burr.com;
ksickles@burr.com
420 North 20th Street, Suite 3400

Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

*Proposed Counsel for Debtor, IPIC Theaters, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will provide Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case. I further certify that the foregoing document will be served as follows: (a) the Office of the United States Trustee (via email); (b) the parties included on the Debtor's list of its 20 largest unsecured creditors (via overnight mail or first class mail if necessary); (c) the United States Attorney for the Southern District of Florida (via email); (d) the Subchapter V Trustee (via email); (e) all parties that have requested notice pursuant to Bankruptcy Rule 2002 (via overnight mail or first class mail if necessary); and (f) by email to all interested parties for whom an email address is reasonably ascertainable and, for all other parties, by telecopier or other means reasonably calculated to ensure prompt receipt.

*/s/ Christopher R. Thompson*
Christopher R. Thompson

66719651 v1

4